Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

September 04, 2015

| | |
|---|---|
| No.: | 15-35705 |
| D.C. No.: | 6:15-cv-00005-SEH |
| Short Title: | Core-Mark International, Inc. v. The Montana Board of Livestock, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>THE MONTANA BOARD OF LIVESTOCK, in its official capacity as head of the Montana Department of Livestock; JAN FRENCH, in her official capacity as Chairman of the Montana Board of Livestock; LINDA NIELSEN, in her official capacity as member of the Montana Board of Livestock; JOHN SCULLY, in his official capacity as member of the Montana Board of Livestock; BRETT DEBRUYCKER, in his official capacity as member of the Montana Board of Livestock; EDWARD WALDNER, in his official capacity as member of the Montana Board of Livestock; JEFFREY LEWIS, in his official capacity as member of the Montana Board of Livestock; JOHN LEHFELDT, in his official capacity as member of the Montana Board of Livestock; CHRISTIAN MACKAY, in his official capacity as Executive Officer of the Montana Department of Livestock; DAN TURCOTTE, in his official | No. 15-35705<br><br>D.C. No. 6:15-cv-00005-SEH<br>U.S. District Court for Montana, Helena<br><br>**TIME SCHEDULE ORDER** |

capacity as Bureau Chief of the Milk and Egg Bureau of the Montana Department of Livestock; NINA BAUCUS,

            Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., September 11, 2015** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., October 5, 2015** | Transcript shall be ordered. |
| **Tue., November 3, 2015** | Transcript shall be filed by court reporter. |
| **Mon., December 14, 2015** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Thu., January 14, 2016** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk