# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| Core-Mark International, Inc.,<br>                Plaintiff,<br><br>vs.<br><br>The Montana Board of Livestock, in its official capacity as head of the Montana Department of Livestock; Jan French, in her official capacity as member of the Montana Board of Livestock; Nina Baucus, in her official capacity as member of the Montana Board of Livestock; John Scully, in his official capacity as vice-chair of the Montana Board of Livestock; Brett DeBruycker, in his official capacity as member of the Montana Board of Livestock; Edward Waldner, in his official capacity as member of the Montana Board of Livestock; Jeffrey Lewis, in his official capacity as member of the Montana Board of Livestock; John Lehfeldt, in his official capacity as chair of the Montana Board of Livestock; Christian Mackay, in his official capacity as Executive Officer of the Montana Department of Livestock; and, Dan Turcotte, in his official capacity as Bureau Chief of the Milk and Egg Bureau of the Montana Department of Livestock,<br>                Defendants. | No. CV 15-05-H-SEH<br><br>**ORDER**<br><br>**FILED**<br><br>SEP 18 2017<br><br>Clerk, U.S. District Court<br>District Of Montana<br>Helena |

On August 9, 2017, the Court set a preliminary pretrial conference for September, 26, 2017.[1] The August 9, 2017, Order requires "[e]ach party [to] file a preliminary pretrial statement, addressing with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1)."[2] The Plaintiff's Preliminary Pretrial Statement, filed on September, 14, 2017, fails to comply with the Court's August 9, 2017, Order.

Plaintiff's Preliminary Pretrial Statement[3] does not include the "city and state of residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses" as required under L.R. 16.2(b)(1)(J).

ORDERED:

Necessary and appropriate revisions to the Plaintiff's Preliminary Pretrial Statement to address the deficiency outlined in the above paragraph shall be filed

---

[1] Doc. 68.

[2] Doc. 68 at 4.

[3] Doc. 74.

on or before September 22, 2017.

DATED this 18th day of September, 2017.

SAM E. HADDON
United States District Judge