# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> The Montana Board of Livestock, in its official capacity as head of the Montana Department of Livestock; Jan French, in her official capacity as Chairman of the Montana Board of Livestock; Linda Nielsen in her official capacity as member of the Montana Board of Livestock; John Scully, in his official capacity as member of the Montana Board of Livestock; Brett DeBruycker, in his official capacity as member of the Montana Board of Livestock; Edward Waldner, in his official capacity as member of the Montana Board of Livestock; Jeffrey Lewis, in his official capacity as member of the Montana Board of Livestock; John Lehfeldt, in his official capacity as member of the Montana Board of Livestock; Christian Mackay, in his official capacity as Executive Officer of the Montana Department of Livestock; and, Dan Turcotte, in his official capacity as Bureau Chief of the Milk and Egg Bureau of the Montana Department of Livestock, <br><br> Defendants. | No. CV 15-05-H-SEH <br><br> **ORDER** |

The Court's Scheduling Order[1] issued September 28, 2017, accorded all parties to and including October 20, 2017, in which to file amendments to pleadings.

On October 20, 2017, Plaintiff filed a Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a),[2] which was withdrawn on October 23, 2017.[3] A separate Motion was filed that same day, October 23, 2017.[4]

Amendments to pleadings filed on or before October, 20, 2017, were timely. No further action by the court prior to amendment was required.

ORDERED

Plaintiff shall forthwith file the Amended Complaint attached to the October 23, 2017, Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a).[5]

DATED this 14th day of November, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 81.

[2] Doc. 82.

[3] Doc. 84.

[4] Doc. 85.

[5] Doc. 85.