**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

**FILED**

AUG 0 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>The Montana Board of Livestock, in its official capacity as head of the Montana Department of Livestock, et al.,<br><br>              Defendants. | No. CV 15-05-H-SEH<br><br><br>**ORDER** |

Before the Court is the Joint Motion to Vacate and Reset Remaining Deadlines.[1]

The Court's Order of September 28, 2017, requires, *inter alia*, filing of a proposed final pretrial order, filing of exhibits, and delivery of exhibits to the Clerk of Court and to chambers, all by August 17, 2018.[2] The Order further requires a pretrial order conference deadline of August 3, 2018.[3]

---

[1] Doc. 112.

[2] Doc. 81 at 3 and 9.

[3] Doc. 81 at 3.

ORDERED:

The Joint Motion to Vacate and Reset Remaining Deadlines[4] is
GRANTED as follows:

1.      The deadline of August 17, 2018,[5] for filing of a proposed pretrial
order and delivery of exhibits, is VACATED to be reset by further order of the
Court.

2.      The deadline of August 3, 2018,[6] is VACATED to be reset by
further order of the Court.

3.      In all other respects, the Order of September 28, 2017,[7] shall remain
in full force and effect.

DATED this 1st day of August, 2018.

SAM E. HADDON
United States District Court

---

[4] Doc. 112.

[5] Doc. 81 at 3 and 9.

[6] Doc. 81 at 3.

[7] Doc. 81.