IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
NOV 14 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC.,<br>                Plaintiff,<br><br>vs.<br><br>The Montana Board of Livestock, in its official capacity as head of the Montana Department of Livestock, et al.,<br>                Defendants. | No. CV 15-05-H-SEH<br><br>**ORDER** |

On November 1, 2018, the Court issued its Memorandum and Order[1] granting in part and denying in part the parties' cross-motions for summary judgment.

Defendants' interpretation of Mont. Admin. R. § 32.8.203 was determined to be an unconstitutional limitation on Plaintiff's protected commercial speech. Defendants were ordered enjoined from "limit[ing] the labeling on grade A milk

---

[1] Doc. 119.

sold in Montana to exclude additional language approved by the Board informing consumers of a "best by" or "best if used by" date."[2]

The parties were ordered to file a joint stipulation agreeing on a new and appropriate label in compliance with the Court's ruling to be added to existing grade A milk cartons sold in Montana.

On November 8, 2018, the parties filed a Stipulation[3] agreeing upon an appropriate label.

There being no further issues before the Court,

ORDERED:

The Clerk is directed to enter a partial judgment in favor of the Plaintiff consistent with the terms and conditions of the Court's November 1, 2018, Memorandum and Order.[4]

FURTHER ORDERED:

Plaintiff will submit to the Court and serve upon Defendants, on or before November 29, 2018, a statement for fees and costs claimed under 42 U.S.C. § 1988, together with a supporting brief. Defendants will have to and including

---

[2] Doc. 119 at 19.

[3] Doc. 120.

[4] Doc. 119.

December 13, 2018, in which to file a brief in response. The Court will schedule and conduct a hearing on the attorneys' fee claim if necessary or appropriate.

DATED this 14th day of November, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Court