UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CORE-MARK INTERNANTIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE MONTANA BOARD OF LIVESTOCK, IN ITS OFFICIAL CAPACITY AS HEAD OF THE MONTANA DEPARTMENT OF LIVESTOCK, et al.,<br><br>Defendants. | Case No. CV-15-005-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to the Memorandum and Order filed on 11/1/2018, partial judgment is entered in favor of plaintiff consistent with the terms and conditions stated in Order (Doc. 119).

    Dated this 14th day of November 2018.

                             TYLER P. GILMAN, CLERK

                             By: /s/ Heidi Gauthier
                             Heidi Gauthier, Deputy Clerk