# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

FILED
3/5/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> The Montana Board of Livestock, in its official capacity as head of the Montana Department of Livestock, et al., <br><br> Defendants. | No. CV 15-05-H-SEH <br><br> **ORDER** |

On March 5, 2019, Plaintiff filed a Notice of Withdrawal of Motion for Attorneys' Fees and Costs.[1]

ORDERED:

The Motion for Attorneys' Fees and Costs[2] is withdrawn. The Clerk of Court is directed to close the case.

DATED this 5th day of March, 2019.

SAM E. HADDON
United States District Court

---

[1] Doc. 146.

[2] Doc. 123.