UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE MONTANA BOARD OF LIVESTOCK, in it's official capacity as head of the Montana Department of Livestock, et al, <br><br> Defendant. | Case No. CV-15-005-H-SEH <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 147) , this case is closed.

    Dated this 5th day of March, 2019.

                        TYLER P. GILMAN, CLERK

                        By: <u>/s/ Heidi Gauthier</u>
                        Heidi Gauthier, Deputy Clerk